**Bonifacio RAMIREZ–ADAN, Petitioner—Appellant,**

v.

**John ASHCROFT, Attorney General; et al., Respondents—Appellees.**

No. 02–56233.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2003.*

Decided May 20, 2003.

Before: PREGERSON, REINHARDT, and GRABER, Circuit Judges.

### MEMORANDUM **

Bonifacio Ramirez–Adan, a native and citizen of Mexico, appeals the district

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

court's denial of his habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, challenging the denial of suspension of deportation. We have jurisdiction under 28 U.S.C. §§ 1291 and 2253. We review de novo a district court's denial of a petition for writ of habeas corpus, *Taniguchi v. Schultz*, 303 F.3d 950, 955 (9th Cir.2002), and we affirm on other grounds.

The district court improperly determined that it lacked jurisdiction to consider Ramirez–Adan's habeas petition contending that the BIA's extreme hardship finding was not made in accordance with the law. *See Gutierrez–Chavez v. INS*, 298 F.3d 824, 828 (9th Cir.2002).

**REVERSED and REMANDED for further proceedings.**

\* The panel unanimously finds this case suitable for decision without oral argument and Kesington's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.